**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CHIEFTAIN ROYALTY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:17-cv-00336-JHP |
| | ) | |
| NEWFIELD EXPLORATION | ) | |
| MID-CONTINENT INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF NON-INTENT TO SEEK REMAND TO STATE COURT**

In compliance with the Court's October 3, 2017 *Order Granting Plaintiff's Unopposed Motion to Stay for Jurisdictional Discovery* (Doc. No. 15), Plaintiff Chieftain Royalty Company hereby provides the Court with notice that it does not intend to seek remand of this matter to State court.

Dated:  December 7, 2017.

*s/Patrick M. Ryan*
Patrick M. Ryan, OBA No. 7864
Phillip G. Whaley, OBA No. 13371
Jason A. Ryan, OBA No. 18824
Paula M. Jantzen, OBA No. 20464
RYAN WHALEY COLDIRON
JANTZEN PETERS & WEBBER PLLC
900 Robinson Renaissance
119 North Robinson
Oklahoma City, OK  73102
Telephone:  (405) 239-6040
Facsimile:  (405) 239-6766
pryan@ryanwhaley.com
pwhaley@ryanwhaley.com
jryan@ryanwhaley.com
pjantzen@ryanwhaley.com

Michael Burrage, OBA No. 1350
WHITTEN BURRAGE
512 N. Broadway, Suite 300
Oklahoma City, OK 73103
Telephone: (405) 516-7800
Facsimile: (405) 516-7859
mburrage@whittenburragelaw.com

Robert N. Barnes, OBA No. 537
Patranell Lewis, OBA No. 12279
**BARNES & LEWIS, LLP**
208 N.W. 60th Street
Oklahoma City, OK  73118
Telephone:  (405) 843-0363
Facsimile:  (405) 843-0790
rbarnes@barneslewis.com
plewis@barneslewis.com

Lawrence R. Murphy, Jr., OBA No. 17681
**RICHARDS & CONNOR**
ParkCentre Building Twelfth Floor
525 South Main Street
Tulsa, OK 74103-4509
Telephone: (918) 585-2394
lmurphy@richardsconner.com

*Attorneys for Plaintiff,*
*Chieftain Royalty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Mark D. Christiansen – mark.christiansen@mcafeetaft.com

*s/Patrick M. Ryan*
Patrick M. Ryan

2